

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-21-00059-CV

**D'SPAIN CONSTRUCTION L.L.C.,**
Appellant

v.

George Samuel **LUDOLF,** individually, and Owner/Manager of GSL Ranch LLC a/k/a GSL
Ranch; GSL RANCH LLC a/k/a GSL Ranch, Bruce Lawhon, Executor of the Estate of George
W. Ludolf,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-274
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby NOTED. Time is extended to
March 19, 2021with no further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 8th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court